IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ALAN FOWLER, | § | |
| | § | No. 683, 2013 |
| Defendant Below, | § | |
| Appellant, | § | Court Below: |
| | § | |
| v. | § | Superior Court of the |
| | § | State of Delaware, in and for |
| STATE OF DELAWARE, | § | New Castle County |
| | § | |
| Plaintiff Below, | § | Cr. I.D. Nos. 1108000561A; |
| Appellee. | § | and 1108000561B |

Submitted: January 21, 2015
Decided: January 22, 2015

Before **STRINE** Chief Justice, **RIDGELY**, and **VALIHURA**, Justices.

# O R D E R

This 22nd day of January 2015, the Court, having considered this matter on the briefs and arguments of the parties, and the record below, concludes that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Order dated February 6, 2012.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice